IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JENNIFER FOX  PLAINTIFF

v.  No. 4:17CV00634 JLH

PROCOLLECT, INC.  DEFENDANT

## ORDER

The joint motion to amend scheduling order in this matter is GRANTED. Document #21. This action is removed from the trial docket for the week of November 26, 2018, in Little Rock, Arkansas. A new trial date and scheduling deadlines will be set by separate order.

IT IS SO ORDERED this 14th day of September, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE