IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| JENNIFER FOX, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 4:17-cv-00634-JLH |
| | § | |
| PROCOLLECT, INC.; and | § | |
| DOES 1-10, inclusive, | § | |
| | § | |
| *Defendants*. | § | |

## DEFENDANT PROCOLLECT, INC.'S MOTION FOR SUMMARY JUDGMENT

Defendant ProCollect Inc. ("ProCollect" or "Defendant") files its *Motion for Summary Judgment*, and respectfully shows the Court as follows:

### INTRODUCTION

1.    This is a simple case in which the debt collector called the wrong number on two occasions after the non-debtor called informed ProCollect that it was calling a wrong number.

2.    On October 3, 2017, Plaintiff filed her Complaint against ProCollect regarding such conduct alleging FDCPA and AFDCPA claims.

3.    As a result of a motion to dismiss filed by ProCollect, the Court issued its *Opinion and Order* [Doc. 10] dated January 11, 2018, in which the following claims remained at issue:

- Violations of the FAIR DEBT COLLECTION PRACTICES ACT, 15 U.S.C. § 1692 ("FDCPA"), specifically violations of sections 1692d (conduct to harass, oppress or abuse Plaintiff), 1692d(5) (causing the telephone to ring repeatedly), and 1692f (unfair practices); and

- Violation of the ARKANSAS FAIR DEBT COLLECTION PRACTICES ACT, ARK. CODE ANN. §§ 505(a) and (b)(5) (mirroring the 1692d claims) and 507(a) (unfair or unconscionable acts to collect or attempt to collect a debt).

GROUNDS FOR SUMMARY JUDGMENT

4.    Summary Judgment is proper on all of Plaintiff's remaining causes of action for alleged violations of the FDCPA and AFDCPA as there is no genuine issue of material fact and Defendant is entitled to summary judgment as a matter of law.  Specifically, two calls (one voicemail message and one without any message roughly two weeks later) following knowledge of a wrong number call to a non-debtor:

(a)    Does not violate FDCPA §§ 1692d (conduct to harass, oppress or abuse Plaintiff), 1692d(5) (causing the telephone to ring repeatedly) or 1692f (unfair practices) as a matter of law;

(b)    Does not violate A.C.A. §§ 505 or 507 CODE ANN. §§ 505(a) and (b)(5) (mirroring the 1692d claims) and 507(a) (unfair or unconscionable acts to collect or attempt to collect a debt).

5.    In addition, Defendant is entitled to summary judgment because there is no evidence to support Plaintiff's claims for damages.  Specifically, Plaintiff lacks any evidence of actual damages, any facts to support mental anguish/emotional distress damages.

6.    Finally, even if the two calls at issue did violate the FDCPA or A.C.A. claims, ProCollect's conduct was not an intentional violation, and ProCollect maintains policies and procedures reasonably adapted to avoid any such violations.

EXHIBITS

7.    In the Appendix attached hereto, Defendant provides the following evidence to support a Final Summary Judgment against Plaintiff:

Exhibit "A":    *Affidavit of David Goodhart* that establishes the facts as well as business records of ProCollect:

1.    *Call Notes* for subject collection account (PROCOLLECT 002 – PROCOLLECT 013);

2.    *Rental Application* for subject collection account (PROCOLLECT 001); and

3.   Telephone recording (May 18, 2017) of incoming call to ProCollect from Plaintiff.[1]

Exhibit "B":   *Plaintiff's Responses to Defendant's Requests for Admissions.*

Exhibit "C":   Plaintiff's phone record, highlighted to show the incoming and outgoing calls with ProCollect (Note: Verizon's date/time uses the universal time zone, not Central time zone) (FOX 128 – FOX 129, FOX 134).

## UNDISPUTED FACTS

8.   In support of this Motion, Defendant simultaneously files *Defendant ProCollect, Inc.'s Statement of Undisputed Facts*.

## BRIEF IN SUPPORT OF SUMMARY JUDGMENT

9.   In support of this Motion, Defendant will file an accompanying Brief in Support and includes the Appendix containing the *Affidavit of David Goodhart* (including the facts negating all Plaintiff's claims and supporting the affirmative defense of bona fide error). Defendant also requests the Court to take judicial notice of all documents filed and/or entered in this lawsuit.  A proposed Order consistent with this Motion is also attached.

## PRAYER

Defendant moves the Court to grant summary judgment in Defendant's favor on all of Plaintiff's claims, or in the alternative, partial summary judgment on such claims as the Court determines.  Defendant prays for such other and further relief to which it is entitled.

---

[1] Per instructions from the Clerk's office, the telephone recording is copied onto two CDs and will be mailed to the Court and has been previously produced to Plaintiff's Counsel.

Respectfully submitted,

By: _____
JOHN W. BOWDICH
Texas Bar No. 00796233

BOWDICH & ASSOCIATES, PLLC
10440 N. Central Expy., Suite 1540
Dallas, Texas 75231
(214) 307-9500 – Telephone
(214) 307-5137 – Telecopy
jbowdich@bowdichlaw.com

SAMMIE P. STRANGE, JR.
ABN 90012
HOSTO & BUCHAN, PLLC
P.O. Box 3316
701 W. Seventh Street
Little Rock, AR 72203
Telephone No. (501)320-0259
sstrange@hosto.com

ATTORNEYS FOR DEFENDANT
PROCOLLECT, INC.

CERTIFICATE OF SERVICE

On December 13, 2018, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Arkansas, Western Division, using the electronic case filing system of the court.  I hereby certify that I have served all counsel and/or *pro se* parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2) as follows:

Sergei Lemberg, Esq.                          VIA ECF
LEMBERG LAW, LLC
43 Danbury Road
Wilton, CT 06897

ATTORNEYS FOR PLAINTIFF

By:_____
JOHN W. BOWDICH