# Procollect Account Summary

**Client Name:** BARRINGTON HILLS APARTMENTS / MAXUS

**Account Number** 40932-001-2104877

| | First Name | Last Name |
|---|---|---|
| | DALE | GRAY JR |

**Hot** 501-353-9182 DO NOT CALL WRONG



| Date | Time | Unit | FromCat | ToCat | Note |
|---|---|---|---|---|---|
| 07/01/2016 | 9:19 AM | 051 | FUP | SUP | 1)CLD RES LMTC VM PER TLO (501) 353-9182(OT) (M)..LMTC VM (501) 353-9183(OT) ..SAME AS ABOVE |



# Procollect Account Summary

**Client Name:** BARRINGTON HILLS
APARTMENTS / MAXUS

**Account Number** 40932-001-2104877

| | First Name | Last Name | |
|---|---|---|---|
| ████ | DALE | GRAY JR | |

**Hot** 501-353-9182 DO
NOT CALL WRONG



| Date | Time | Unit | FromCat | ToCat | Note |
|---|---|---|---|---|---|
| 10/04/2016 | 9:35 AM | 027 | FUP | SUP | CLD DTR2 RES LMTC VM PER TLO (501) 353-9182(CT ) (N) SAME CLD LMTC VM |

# Procollect Account Summary

**Client Name:** BARRINGTON HILLS
APARTMENTS / MAXUS

**Account Number** 40932-001-2104877

|  | **First Name** | **Last Name** |
|---|---|---|
|  | DALE | GRAY JR |

**Hot** 501-353-9182 DO
NOT CALL WRONG

| Date | Time | Unit | FromCat | ToCat | Note |
|---|---|---|---|---|---|
| 11/17/2016 | 10:55 AM | 027 | FUP | SUP | CLD DTR1 RES LMTC VM CLD DTR1 OTH# 9182 NA |

# Procollect Account Summary

**Client Name:** BARRINGTON HILLS
APARTMENTS / MAXUS

Account Number  40932-001-2104877



| | First Name | Last Name | |
|---|---|---|---|
| | DALE | GRAY JR | |

**Hot** 501-353-9182 DO
NOT CALL WRONG

| Date | Time | Unit | FromCat | ToCat | Note |
|------|------|------|---------|-------|------|
| | | | | | |
| 11/22/2016 | 9:21 AM | 027 | FUP | SUP | CLD DTR1 RES LMTC VM CLD DTR1 OTH# 9182 VM BOX NOT SET CLD DTR2 RES LMTC VM |
| 12/08/2016 | 3:22 PM | 051 | FUP | SUP | 2)CLD RES DISCO..CLD OTHER VM NTO SET UP PER TLO |

# Procollect Account Summary

**Client Name:** BARRINGTON HILLS
APARTMENTS / MAXUS



**Account Number** 40932-001-2104877

| | First Name | Last Name | | |
|---|---|---|---|---|
| | DALE | GRAY JR | | |

**Hot** 501-353-9182 DO
NOT CALL WRONG

| Date | Time | Unit | FromCat | ToCat | Note |
|---|---|---|---|---|---|
| | | | | | |
| 05/10/2017 | 11:53 AM | 054 | FUP | SUP | CLD O#9182 LMTC VM |

# Procollect Account Summary

**Client Name:** BARRINGTON HILLS
APARTMENTS / MAXUS

**Account Number**

**Hot** 501-353-9182 DO
NOT CALL WRONG

| Date | Time | Unit | FromCat | ToCat | Note |
|------|------|------|---------|-------|------|
| | | | | | |
| 05/11/2017 | 12:28 PM | 036 | | | Old Other Phone: (501)-353-9182 0 |
| 05/11/2017 | 12:30 PM | 036 | | IRR | LADY CI CID (501)-353-9182 WRG N DKD |
| | | | | | |
| 05/18/2017 | 9:33 AM | 054 | FUP | SUP | CLD C# VM NOT SET UP CLD O#0204 LMTC VM PER TLO (501) 353-9182G# LMTC VM Subject Information Address History (3 of 10) View Map Map All Addresses [ Show Carriers ] Possible Other Phones [ Show Carriers ] DALE LEWIS GRAY (01/01/2011 to 01/05/2017) SSN: ▮▮▮▮▮▮ Issued: ARKANSAS 1992-1993 Date of Birth DOB: ▮▮▮▮▮ Age: 25 Driver's License Detail: DL#: ▮▮▮▮▮▮ DL State: AR Reported Date: 03/03/2017 DALE L GRAY View Map [Build an Address Report for this Address] 1132 LINDA APT 2, MAGNOLIA, AR 71753-2690 (Columbia |

# Procollect Account Summary

**Client Name:** BARRINGTON HILLS
APARTMENTS / MAXUS

**Account Number**



**Hot** 501-353-9182 DO
NOT CALL WRONG

| Date | Time | Unit | FromCat | ToCat | Note |
|------|------|------|---------|-------|------|
| 05/18/2017 | 9:36 AM | 054 | | | Old Other Phone: (501)-353-9182 0 |
| 05/18/2017 | 9:37 AM | 054 | FUP | SUP | 3RD PARTY LADY CI CID 501 353 9182 WRG # |
| 05/18/2017 | 9:42 AM | 033 | | IRR | FM CLR CI 501-353-9182 CLR UPSET THAT WE CLD HER INFORMED CLR THAT # HAS BEEN REMOVED FROM OUR SYSTEM. PUT # IN HOT BOX DO NOT CALL. |
| 05/18/2017 | 9:42 AM | 033 | | | Old HotNote: 501-353-9182 DO NOT CALL |



**PROCOLLECT - 008**

# Procollect Account Summary

**Client Name:** BARRINGTON HILLS
APARTMENTS / MAXUS

**Account Number** 40932-001-2104877    ████ ██ ████ ██████

| | First Name | Last Name | |
|---|---|---|---|
| ████ | DALE | GRAY JR | |

**Hot** 501-353-9182 DO
NOT CALL WRONG

| Date | Time | Unit | FromCat | ToCat | Note |
|---|---|---|---|---|---|

06/08/2017 12:41 PM    007    LTN    SUP    CLD DTR C NML CLD DTR O#0204
NML CLD DTR RES
PER TLO DTR 1
(870) 314-0204(CT) (M) NML
(870) 299-0357(CT) (M) SAME
(501) 353-9182(CT) NML
DALE LEWIS GRAY (01/01/2011 to 04/07/2017)
SSN: 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
Issued: ARKANSAS 1992-1993
Date of Birth

**PROCOLLECT - 009**

# Procollect Account Summary

**Client Name:** BARRINGTON HILLS
APARTMENTS / MAXUS

**Account Number**  40932-001-2104877  ███  ████████  ████████

| ███ | **First Name** | ████████████████████████ |

███  DALE  GRAY JR

**Hot** 501-353-9182 DO
NOT CALL WRONG

| Date | Time | Unit | FromCat | ToCat | Note |
|------|------|------|---------|-------|------|
| 06/08/2017 | 12:53 PM | 091 | | | Old Other Phone: (501)-353-9182 0 |
| 06/08/2017 | 12:54 PM | 091 | | IRR | WN PER DLR CL 501-353-9182 REQ REMOVAL |



**PROCOLLECT - 010**