### Rental Application for Residents and Occupants

*Each co-applicant and each occupant 18 years old and over must submit a separate application.*
*Spouses may submit a single application.*

Date when filled out: 03/03/15



**ABOUT YOU** | Full name (exactly as on driver's license or govt. ID card)
Dale Lewis Craw Jr.

Home/cell phone: (501) 563-9113   Current rent: $

PROCOLLECT - 001