| Little_Rock_MTX2 | 5013539182 | 5013539182 F | | 5/10/2017 13:45 | 58 | 8444853212 |
|---|---|---|---|---|---|---|
| Little_Rock_MTX2 | 5013539182 | 250 | 0 | 5/10/2017 13:45 | 8 | 8444853212 |
| Little_Rock_MTX2 | 5013539182 | 5013539182 | 5 | 5/10/2017 15:11 | 1073 | 5013539158 |
| Little_Rock_MTX2 | 5013539182 | 90 | 0 | 5/10/2017 15:11 | 1072 | 5013539158 |
| Little_Rock_MTX2 | 5013539182 | 5013539182 F | | 5/10/2017 11:49 | 84 | 2143417788 |
| Little_Rock_MTX2 | 5013539182 | 214 | 0 | 5/10/2017 11:49 | 29 | 2143417788 |
| Little_Rock_MTX2 | 5013539182 | 5013539182 | 5 | 5/10/2017 15:40 | 795 | 2146746479 |
| Little_Rock_MTX2 | 5013539182 | 187 | 0 | 5/10/2017 15:40 | 795 | 2146746479 |
| Little_Rock_MTX2 | 5013539182 | 5013539182 F | | 5/10/2017 13:17 | 62 | 8002364300 |
| Little_Rock_MTX2 | 5013539182 | 5013539158 | 1 | 5/10/2017 12:25 | 19 | 5013539182 |
| Little_Rock_MTX2 | 5013539182 | 9019212553 | 1 | 5/10/2017 12:52 | 32 | 5013539182 |
| Little_Rock_MTX2 | 5013539182 | 795 | 0 | 5/10/2017 12:53 | 122 | 5013539158 |
| Little_Rock_MTX2 | 5013539182 | 5013539182 | 5 | 5/10/2017 12:53 | 124 | 5013539158 |
| Little_Rock_MTX2 | 5013539182 | 5013539182 | 5 | 5/10/2017 11:13 | 108 | 5013539158 |
| Little_Rock_MTX2 | 5013539182 | 774 | 0 | 5/10/2017 11:13 | 107 | 5013539158 |
| Little_Rock_MTX2 | 5013539182 | 2146746479 | 1 | 5/11/2017 15:27 | 36 | 5013539182 |
| Little_Rock_MTX2 | 5013539182 | 816 | 0 | 5/11/2017 12:54 | 25 | 5013539158 |
| Little_Rock_MTX2 | 5013539182 | 5013539182 F | | 5/11/2017 12:54 | 31 | 5013539158 |
| Little_Rock_MTX2 | 5013539182 | 5013539182 | 5 | 5/11/2017 16:32 | 223 | 5013539158 |
| Little_Rock_MTX2 | 5013539182 | 974 | 0 | 5/11/2017 16:32 | 221 | 5013539158 |
| Little_Rock_MTX2 | 5013539182 | 5013539158 | 1 | 5/11/2017 10:52 | 330 | 5013539182 |
| Little_Rock_MTX2 | 5013539182 | 962 | 0 | 5/11/2017 9:01 | 322 | 5013539158 |
| Little_Rock_MTX2 | 5013539182 | 5013539182 | 5 | 5/11/2017 9:01 | 324 | 5013539158 |
| Little_Rock_MTX2 | 5013539182 | 5013539158 | 1 | 5/11/2017 10:35 | 82 | 5013539182 |
| Little_Rock_MTX2 | 5013539182 | 5013539158 | 1 | 5/11/2017 14:34 | 181 | 5013539182 |
| Little_Rock_MTX2 | 5013539182 | 5013539158 | 1 | 5/11/2017 9:55 | 82 | 5013539182 |
| Little_Rock_MTX2 | 5013539182 | 5013539182 | 5 | 5/11/2017 10:00 | 270 | 5013539158 |
| Little_Rock_MTX2 | 5013539182 | 14 | 0 | 5/11/2017 10:00 | 269 | 5013539158 |
| Little_Rock_MTX2 | 5013539182 | 5013539182 F | | 5/11/2017 12:49 | 34 | 5013539158 |
| Little_Rock_MTX2 | 5013539182 | 129 | 0 | 5/11/2017 12:49 | 29 | 5013539158 |
| Little_Rock_MTX2 | 5013539182 | 5013539158 | 1 | 5/11/2017 6:39 | 1338 | 5013539182 |
| Little_Rock_MTX2 | 5013539182 | 106 | 5 | 5/11/2017 7:35 | 2 | 5013539158 |
| Little_Rock_MTX2 | 5013539182 | 18007323799 | 1 | 5/11/2017 7:44 | 15 | 5013539182 |
| Little_Rock_MTX2 | 5013539182 *86 | | 1 | 5/11/2017 7:40 | 232 | 5013539182 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Little_Rock_MTX2 | 5013539182 *86 | | | F | 5/11/2017 7:40 | 232 | 5013539182 |
| Little_Rock_MTX2 | 5013539182 | 5013539182 | 5 | 5/11/2017 7:35 | 3 | 5013539158 |
| Little_Rock_MTX2 | 5013539182 | 5013539182 | 5 | 5/11/2017 15:27 | 55 | 5013539158 |
| Little_Rock_MTX2 | 5013539182 | 965 | 0 | 5/11/2017 15:27 | 54 | 5013539158 |
| Little_Rock_MTX2 | 5013539182 | 5013539158 | 1 | 5/11/2017 15:26 | 6 | 5013539182 |
| Little_Rock_MTX2 | 5013539182 | 5013539182 | 5 | 5/11/2017 11:20 | 484 | 5013539158 |
| Little_Rock_MTX2 | 5013539182 | 5013539158 | 1 | 5/11/2017 11:28 | 1 | 5013539182 |
| Little_Rock_MTX2 | 5013539182 | 962 | 0 | 5/11/2017 11:20 | 483 | 5013539158 |
| Little_Rock_MTX2 | 5013539182 | 5013539182 F | | 5/11/2017 8:24 | 35 | 5013539158 |
| Little_Rock_MTX2 | 5013539182 | 427 | 0 | 5/11/2017 10:51 | 6 | 5013539158 |
| Little_Rock_MTX2 | 5013539182 | 5013539182 F | | 5/11/2017 10:51 | 12 | 5013539158 |
| Little_Rock_MTX2 | 5013539182 | 5013539182 | 5 | 5/11/2017 16:46 | 104 | 2146746479 |
| Little_Rock_MTX2 | 5013539182 | 50 | 0 | 5/11/2017 16:46 | 104 | 2146746479 |
| Little_Rock_MTX2 | 5013539182 | 5013539158 | 1 | 5/11/2017 21:40 | 32 | 5013539182 |
| Little_Rock_MTX2 | 5013539182 | 5013539158 | 1 | 5/11/2017 17:47 | 34 | 5013539182 |
| Little_Rock_MTX2 | 5013539182 | 5013539158 | 1 | 5/11/2017 8:28 | 1290 | 5013539182 |
| Little_Rock_MTX2 | 5013539182 | 5013539158 | 1 | 5/11/2017 13:25 | 55 | 5013539182 |
| Little_Rock_MTX2 | 5013539182 | 214 | 0 | 5/11/2017 8:24 | 26 | 5013539158 |
| Little_Rock_MTX2 | 5013539182 | 5013539158 | 1 | 5/11/2017 8:12 | 574 | 5013539182 |
| Little_Rock_MTX2 | 5013539182 | 5013539158 | 1 | 5/11/2017 13:47 | 72 | 5013539182 |
| Little_Rock_MTX2 | 5013539182 | 5013535135 | 1 | 5/11/2017 22:54 | 23 | 5013539182 |
| Little_Rock_MTX2 | 5013539182 | 18007323799 | 1 | 5/11/2017 7:46 | 49 | 5013539182 |
| Little_Rock_MTX2 | 5013539182 | 2143417788 | 1 | 5/11/2017 7:44 | 89 | 5013539182 |
| Little_Rock_MTX2 | 5013539182 | 5013539182 | 5 | 5/12/2017 9:46 | 20 | 5013539158 |
| Little_Rock_MTX2 | 5013539182 | 648 | 0 | 5/12/2017 9:46 | 18 | 5013539158 |
| Little_Rock_MTX2 | 5013539182 | 5013539182 | 5 | 5/12/2017 12:14 | 1 | 5017493442 |
| Little_Rock_MTX2 | 5013539182 | 5013539158 | 1 | 5/12/2017 13:07 | 69 | 5013539182 |
| Little_Rock_MTX2 | 5013539182 | 786 | 0 | 5/12/2017 10:07 | 84 | 5013539158 |
| Little_Rock_MTX2 | 5013539182 | 5013539182 | 5 | 5/12/2017 10:07 | 85 | 5013539158 |
| Little_Rock_MTX2 | 5013539182 | 9019212553 | 1 | 5/12/2017 15:55 | 614 | 5013539182 |
| Little_Rock_MTX2 | 5013539182 | 5017581555 | 1 | 5/12/2017 19:41 | 102 | 5013539182 |
| Little_Rock_MTX2 | 5013539182 | 813 | 0 | 5/12/2017 10:26 | 20 | 5013539158 |
| Little_Rock_MTX2 | 5013539182 | 5013539182 | 5 | 5/12/2017 10:26 | 21 | 5013539158 |
| Little_Rock_MTX2 | 5013539182 | 168 | 0 | 5/13/2017 15:25 | 30 | 5013539158 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Little_Rock_MTX2 | 5013539182 | 757 | 0 | 5/17/2017 9:26 | 7 | 5013539158 |
| Little_Rock_MTX2 | 5013539182 | 5013539182 | 5 | 5/17/2017 6:36 | 58 | 5013539158 |
| Little_Rock_MTX2 | 5013539182 | 832 | 0 | 5/17/2017 6:37 | 57 | 5013539158 |
| Little_Rock_MTX2 | 5013539182 | 5013539158 | 1 | 5/17/2017 15:28 | 40 | 5013539182 |
| Little_Rock_MTX2 | 5013539182 | 5013539158 | 1 | 5/17/2017 6:00 | 21 | 5013539182 |
| Little_Rock_MTX2 | 5013539182 | 582 | 0 | 5/18/2017 12:15 | 26 | 9019212553 |
| Little_Rock_MTX2 | 5013539182 | 214 | 0 | 5/18/2017 17:07 | 29 | 5013539158 |
| Little_Rock_MTX2 | 5013539182 | 5013539182 F | | 5/18/2017 17:07 | 34 | 5013539158 |
| Little_Rock_MTX2 | 5013539182 | 299 | 0 | 5/18/2017 8:21 | 56 | 5017335082 |
| Little_Rock_MTX2 | 5013539182 | 5013539182 | 5 | 5/18/2017 8:21 | 56 | 5017335082 |
| Little_Rock_MTX2 | 5013539182 | 828 | 0 | 5/18/2017 15:19 | 14 | 5010884515 |
| Little_Rock_MTX2 | 5013539182 | 5013539182 F | | 5/18/2017 15:19 | 28 | 5010884515 |
| Little_Rock_MTX2 | 5013539182 | 152 | 0 | 5/18/2017 15:38 | 370 | 5013539158 |
| Little_Rock_MTX2 | 5013539182 | 5013539182 | 5 | 5/18/2017 15:37 | 372 | 5013539158 |
| Little_Rock_MTX2 | 5013539182 *86 | | 1 | 5/18/2017 10:04 | 142 | 5013539182 |
| Little_Rock_MTX2 | 5013539182 | 5013539182 F | | 5/18/2017 10:01 | 36 | 9019212553 |
| Little_Rock_MTX2 | 5013539182 *86 | F | | 5/18/2017 10:04 | 142 | 5013539182 |
| Little_Rock_MTX2 | 5013539182 | 5013539182 | 5 | 5/18/2017 10:11 | 655 | 2036532250 |
| Little_Rock_MTX2 | 5013539182 | 716 | 0 | 5/18/2017 10:11 | 654 | 2036532250 |
| Little_Rock_MTX2 | 5013539182 | 935 | 0 | 5/18/2017 9:04 | 184 | 5013539158 |
| Little_Rock_MTX2 | 5013539182 | 5013539182 | 5 | 5/18/2017 9:04 | 186 | 5013539158 |
| Little_Rock_MTX2 | 5013539182 *86 | | 1 | 5/18/2017 9:43 | 49 | 5013539182 |
| Little_Rock_MTX2 | 5013539182 *86 | F | | 5/18/2017 9:43 | 49 | 5013539182 |
| Little_Rock_MTX2 | 5013539182 | 18007323799 | 1 | 5/18/2017 9:38 | 55 | 5013539182 |
| Little_Rock_MTX2 | 5013539182 | 18007323799 | 1 | 5/18/2017 9:39 | 70 | 5013539182 |
| Little_Rock_MTX2 | 5013539182 | 5013539158 | 1 | 5/18/2017 10:42 | 48 | 5013539182 |
| Little_Rock_MTX2 | 5013539182 *86 | | 1 | 5/18/2017 9:33 | 148 | 5013539182 |
| Little_Rock_MTX2 | 5013539182 | 2143417788 | 1 | 5/18/2017 9:36 | 52 | 5013539182 |
| Little_Rock_MTX2 | 5013539182 | 2143417788 | 1 | 5/18/2017 9:36 | 47 | 5013539182 |
| Little_Rock_MTX2 | 5013539182 *86 | F | | 5/18/2017 9:33 | 148 | 5013539182 |
| Little_Rock_MTX2 | 5013539182 | 5013539182 F | | 5/18/2017 9:30 | 79 | 2143417788 |
| Little_Rock_MTX2 | 5013539182 | 507 | 0 | 5/18/2017 14:08 | 54 | 5013539158 |
| Little_Rock_MTX2 | 5013539182 | 5013539182 | 5 | 5/18/2017 14:08 | 55 | 5013539158 |
| Little_Rock_MTX2 | 5013539182 | 5013539182 | 5 | 5/18/2017 14:01 | 24 | 5013539158 |