IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| JENNIFER FOX, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 4:17-cv-00634-JLH |
| | § | |
| PROCOLLECT, INC., | § | |
| | § | |
| *Defendants.* | § | |

**ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Upon consideration of *Defendant's Motion for Summary Judgment* (the "Motion") [Doc. 24], including *Defendant's Brief in Support of Motion for Summary Judgment* [Doc. 25], and the pleadings on file and the relevant authorities, the Court concludes that the Motion should be, in all things, GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that judgment be entered in favor of Defendant, including an award of costs, and against Plaintiff on all of Plaintiff's claims such that Plaintiff takes nothing on all her claims asserted against Defendant.

IT IS FURTHER ORDERED, that any further and other relief is denied, save that the Court reserves any ruling on Defendant's request for attorneys' fees pursuant to FDCPA § 1692k(a)(3) or 28 U.S.C. § 1927.

IT IS SO ORDERED this _____ day of _____, 201__.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE