# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JENNIFER FOX                          PLAINTIFF


VS.                     CIVIL ACTION NO. 4:17-CV-00634-JLH


PROCOLLECT, INC.                      DEFENDANTS

_____

ORAL DEPOSITION

OF

JENNIFER FOX

_____

November 12, 2018

Hosto & Buchan
701 West Seventh Street
Little Rock, Arkansas 72201

Shyloa Myers, RPR, CCR
Arkansas Lic. No. 710

Jennifer Fox 11/12/2018                    Jennifer Fox v. ProCollect, Inc.

Page 9

MS. DeFRANCISCO:  I don't have them right now.

Q.    (Mr. Bowdich) Do you remember what documents you provided to your lawyer?

A.    I provided my phone records and a recording.

Q.    So this is a recording that you took?

A.    Well, it was a voice mail that was left on my phone.

Q.    Okay.  Anything besides your phone records and the voice mail?

A.    Screen shots of the phone calls coming in.

Q.    So did the screen shots of the calls coming in match what was in your phone records?

A.    It should have.

Q.    You didn't personally check?

A.    Well, I don't get -- get a paper bill that comes to my home.  I have to go in online and pull the bill up.  And so it should match that, though.

Q.    Anything else that you provided to your lawyer besides the screen shots, the phone records, and the voice mail recording?

A.    No.  That's all I have.

Q.    So what is the phone number that ProCollect was calling?

A.    (501)353-9182.

Q.    Now, is that your home phone or cell phone?

A.    My cell phone.

Page 10

Q.    How long have you had it?

A.    Years.  Over seven.  I've had it for a long time.

Q.    So at least seven years?

A.    Uh-huh.  Probably longer than that.  I don't like to change numbers.

Q.    Okay.  How many times did ProCollect call you?

A.    They called me multiple times.  I don't know an exact number.  But every time they called, I told them they had the wrong number.  I even called them back and told them that they had the wrong number.

Q.    So did you have screen shots for all the phone calls?

A.    I don't have them now.  But what I provided to my attorney, those were the screen shots that -- well, I know from that year I provided -- you know, I don't know -- the screen shots I provided was probably from within that time frame.

But I didn't save screen shots from -- like, my phone doesn't store a call log for a whole year or -- you know what I'm saying?  It automatically deletes.  So the screen shots would have been from that particular time I guess when the lawsuit was filed or whatever.

But within my phone records, you'll see that they've been calling me for a long time.

Q.    So what time period of phone records did you provide to your lawyers?

Jennifer Fox 11/12/2018                    Jennifer Fox v. ProCollect, Inc.

Page 14

one -- and she was very rude.

Q.    That's where you called ProCollect or ProCollect called you?

A.    No.  They called me, and then I talked to her.

And then I called back and was, like, "I've told y'all you have the wrong number.  That lady was, like, super rude and -- because I home school my kids, and I've told you to stop calling me.  And you're still calling me."

And so I was very frustrated.

Q.    Okay, Ms. Fox, let's actually -- let's go through the calls for the call records that I have.

A.    Okay.

Q.    Okay.  Now, these are documents that we received from your attorneys.

A.    Uh-huh.

(Exhibit No. 1 marked for identification.)

Q.    The first thing I've marked as Exhibit 1.  So this appears to be your Verizon call records starting December of 2016.

A.    Okay.

Q.    And it goes all the way through -- let's see.  The billing period on the last one is April 16, 2017.

A.    Okay.

Q.    Have you reviewed that document before?  Or the --

A.    No.

Shyloa Myers
Bushman Court Reporting                              501-372-5115

Jennifer Fox 11/12/2018                    Jennifer Fox v. ProCollect, Inc.

Page 25

A.   Okay.

Q.   Anything specific you remember from the call other than telling ProCollect that they were calling the wrong number?

A.   Anything specific like what?

Q.   Yeah, I just want to know what you told them.

A.   That -- to stop calling.  You have the wrong number.  I was upset.  I was very upset; I was frustrated.  Because, like I said, I've been receiving these calls for so long.

Q.   Okay.  So now I don't see any other calls in May.  And then you get to June and you can -- you can run through it so that you're not taking my representation, but I don't -- I don't see anything until what's going to be the second to last page in Exhibit 2.

A.   Okay.

Q.   And it's notated on June 8, 2017.

A.   Okay.

Q.   Do you see you've got -- again it shows up twice at the same time, 12:41 and then again at 12:41.  The bottom notation on the call direction is zero, and then it's got a one with a five.

     Do you know if that's just another call that then went to voice mail?  Because it looks like in roughly 12 minutes later, you called ProCollect.

     Do you see that down in the next entry on June 8, 2017, at 12:53?

Shyloa Myers
Bushman Court Reporting                         501-372-5115

Jennifer Fox 11/12/2018                    Jennifer Fox v. ProCollect, Inc.

Page 32

ProCollect meant to annoy or harass you?

A.    I told them that they had the wrong number, and they still called.  And when that lady called, that level of rudeness was, like, at a 20.

Q.    What exactly did she say that you believe she was so rude?

A.    I can't remember.  But she was rude; she was very rude.  I said, "Ma'am, y'all had a wrong number.  I told y'all that."  And she was just like rah, rah, rah, rah, rah.  I don't -- I'm saying "rah, rah, rah" because I don't know her exact words.  But that's -- like, her energy towards me was very rude.

Q.    Did she -- did she curse at you or anything like that?

A.    I can't remember.  But she was very rude.  Talking all -- talking really fast, aggressive.  She was very rude.

Q.    But you can't remember anything that she said?

A.    I can't remember exactly.  That was a long time ago.  But I do remember telling her, "Y'all have the wrong number.  I've been telling y'all that this is not his number.  I don't know that person.  Stop calling me."

Q.    Okay.  But so you don't have any reason to believe ProCollect was trying to harass you; you're just upset that they were calling?

A.    That's harassing.  If I tell you to stop calling me, you have the wrong number but you're insisting on this is

Shyloa Myers
Bushman Court Reporting                              501-372-5115

Jennifer Fox 11/12/2018                 Jennifer Fox v. ProCollect, Inc.

Page 33

this person's number, that's harassing to me.  It should have only took for me to say one time that you -- and then the way she -- as rude -- the way she was rude like that, that was out of line.

Because I'm a kind person, you know.  I'm a sweetheart. But when you come with that bad energy, you know, then you're going to get a different version of me.  And she was very rude.

Q.   Okay.  And I just -- you know, I would describe "very rude" as being something vague, right, which is why I'm trying to find out exactly what she said.  So you said that she's --

A.   I can't remember exactly.

Q.   Just that she was talking fast and aggressive?

A.   She was very aggressive.  I can't remember her exact wording, but I kept telling her that "You have" -- you know, "Y'all had a wrong number," and she -- it was almost like she was thinking I was, like, lying or something.

And I was, like, why would I lie?  If I knew that person, I would happily give you his phone number so you can stop calling me.

Q.   Okay.  So are you aware that Dale Gray, that his phone number is (501)353-9183?

A.   No, I wasn't aware of that.

Q.   Okay.  Are you aware that there are public records in

Page 39

you've said it was harassing.

A.    (Witness nods head.)

Q.    And that that someone was rude to you.

But by this lawsuit, you're asking for money.

A.    Okay.

Q.    And so that's what I'm asking you:  What amount of money is it that you're seeking?

A.    I don't know.

Q.    What is it that you think you should be entitled to?

A.    I don't know.

Q.    So you're not seeking any specific amount?

A.    No.  I don't have a dollar amount in my mind.

Q.    Okay.  You said that you've felt some emotional distress?

A.    Yes.

Q.    Okay.  What emotional distress have you felt from these --

A.    Well, I -- I home school my children, and I'm there with them teaching them and doing school.  And to have to receive those calls, even at -- even at any time of the day if I've let you know that that person, you know, you have a wrong number and you continue to call, that's -- that's frustrating for me.  It's overwhelming.

And especially the way that lady talked to me.  She made me the maddest.