IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JENNIFER FOX                                                                          PLAINTIFF

v.                       NO. 4:17CV00634 JLH

PROCOLLECT, INC. and
DOES, 1-10, inclusive                                               DEFENDANTS

## **JUDGMENT**

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of ProCollect, Inc., on the claims of Jennifer Fox. The complaint of Jennifer Fox against ProCollect, Inc., is dismissed with prejudice.

IT IS SO ORDERED this 30th day of January, 2019.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE